IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MONICA ANDERSEN                                                                    PLAINTIFF

v.                                       No. 4:05CV00118 GH

MAIL CONTRACTORS OF AMERICA                                      DEFENDANT

**ORDER**

By order filed on August 31st, the case was reset from a court trial to a jury trial in light of the July 8th amended complaint with a jury demand. That same date, defendant filed a motion for reconsideration. It states that plaintiff waived her right to a jury trial in her February 1st pro se complaint, the May 20th final scheduling order set the case for a bench trial, and then plaintiff filed an amended complaint by her attorney requesting a jury trial. Defendant submits that the amended complaint raises no new issues but merely alters the requested relief and theory of the case and that it has relied upon the original scheduling order in preparing for a bench trial. It continues that the only changes are damages sought and different titles to the actions brought so the initial jury waiver is valid as to the actions addressed in the amended complaint.

On September 12th, plaintiff responded that she had incorrectly filled out the pro se form Title VII complaint that did not contain a jury demand. She continues that when the amended complaint was filed stating claims under the ADA, ACRA and Arkansas public policy, she requested a jury trial and every reasonable presumption against waiver must be indulged.

The Court is persuaded that the July 8th jury demand was properly made in the context of the amended complaint under Civil Procedure Rule 38.

Accordingly, defendant's August 31st motion (#28) for reconsideration is hereby denied.

IT IS SO ORDERED this 19th day of September, 2005.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE