IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MONICA ANDERSEN                                                                    PLAINTIFF

v.                                    No. 4:05CV00118 GH

MAIL CONTRACTORS OF AMERICA                                      DEFENDANT

## JUDGMENT

In accordance with the separate order filed this date, summary judgment is hereby entered in favor of defendant on all claims.

DATED this 3rd day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE